AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Walter, Donald E. | **2. Court or Organization**<br><br>U.S. Dist Ct; Western Dist LA | **3. Date of Report**<br><br>05/22/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge-Senior | **5a. Report Type** (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

300 Fannin Street, Suite 4200
Shreveport, Louisiana 71101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bancorp South | Guarantor to [redacted] loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached description - timber farm rent | E | Rent | N | Q | Sold (part) | 03/23/16 | P1 | H1 | The Reserve at Welsh, LLC. |
| 2. JD Bank Account | A | Interest | M | T | | | | | |
| 3. See attached description | A | Royalty | J | V | | | | | |
| 4. Jefferson Davis Bank Common Stock | E | Dividend | N | T | | | | | |
| 5. See attached description | B | Rent | K | Q | | | | | |
| 6. Jefferson Davis Bank & Trust Common Stock | E | Dividend | P1 | T | | | | | |
| 7. See attached description | | None | J | V | | | | | |
| 8. See attached description | A | Royalty | J | V | | | | | |
| 9. Coastal Club Common Stock | | None | | | Donated | | | | |
| 10. Exxon Mobil Common Stock-Morgan Stanley #1 | B | Dividend | K | T | | | | | |
| 11. Bancorp South Account | A | Interest | J | T | | | | | |
| 12. Charles Schwab & Co., Inc.-money market | | None | J | T | | | | | |
| 13. See Attached Description | A | Royalty | J | V | | | | | |
| 14. See Attached Description | E | Royalty | L | V | | | | | |
| 15. The New Century,LLC | A | Rent | J | V | | | | | |
| 16. Interest in Niblett Irrigation Inc | | None | J | V | | | | | |
| 17. R.S. Note | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JD Bank Account | | None | N | T | | | | | |
| 19. Morgan Stanley Bank #1 | A | Interest | J | T | | | | | |
| 20. Morgan Stanley #2-Bank | A | Interest | J | T | | | | | |
| 21. Morgan Stanley #3- Virtus Multi Sect Sht Trm | A | Dividend | J | T | Buy (add'l) | 02/24/16 | J | | |
| 22. Morgan Stanley #3-bank | A | Interest | J | T | | | | | |
| 23. Morgan Stanley #1- Alphabet Inc Cl A (formerly Google) | | None | K | T | Buy (add'l) | 05/23/16 | K | | |
| 24. Morgan Stanley #1-Facebook | | None | K | T | | | | | |
| 25. Mineral Interest located in Westmoreland County,Pennsylvania | C | Rent | J | W | | | | | |
| 26. Charles Schwab-Inovio Pharmaceuticals | | None | J | T | Sold (part) | 08/01/16 | J | B | |
| 27. Morgan Stanley #3-Blackrock Strategic Inc Opp I | A | Dividend | | | Buy (add'l) | 02/24/16 | J | | |
| 28. | | | | | Sold | 08/09/16 | J | A | |
| 29. Morgan Stanley #3-Goldman Sachs Strategic Inc | A | Dividend | | | Sold | 02/23/16 | J | A | |
| 30. Morgan Stanley #3-Virtus Dynamic Alphasector I | | None | | | Sold | 01/01/16 | J | A | |
| 31. Morgan Stanley 529 Plan-Hartford Age-Bas PTF 9-13A | | None | | | Closed | 01/11/16 | J | | |
| 32. Morgan Stanley #2 - MFS Equity | | None | | | Sold | 02/19/16 | J | A | |
| 33. Morgan Stanley #3 - Principal GLB Divers | A | Dividend | J | T | | | | | |
| 34. Charles Schwab - Celldex Therapeutics | | None | | | Sold | 12/28/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Charles Schwab - Novartis | A | Dividend | | | Sold | 06/30/16 | J | A | |
| 36. Morgan Stanley #2 -Goldman Sachs Multi Mgr | | None | | | Sold | 02/19/16 | J | A | |
| 37. Morgan Stanley #2 - Blackrock Multi Asset | A | Dividend | | | Sold | 02/19/16 | K | A | |
| 38. Morgan Stanley #2 - First Tr High YL | A | Dividend | | | Sold | 02/19/16 | J | A | |
| 39. Morgan Stanley #2 - First Trust Capital Strgth ETF | | None | | | Buy (add'l) | 02/18/16 | J | | |
| 40. | | | | | Sold | 03/03/16 | K | A | |
| 41. Morgan Stanley #2 - First Trust Europe | | None | | | Sold | 02/19/16 | K | A | |
| 42. Morgan Stanley #2 - First Trust Japan | | None | | | Sold | 02/19/16 | J | A | |
| 43. Morgan Stanley #2 - First Trust NASD 100 index | | None | | | Sold | 02/19/16 | J | A | |
| 44. Morgan Stanley #2 - First Trust Small Cap | | None | | | Sold | 02/18/16 | J | A | |
| 45. Morgan Stanley #2 - First Trust Dorsey Wright | | None | | | Sold | 02/19/16 | J | A | |
| 46. Morgan Stanley #2 - Franklin K2 Altrntv | | None | | | Sold | 02/19/16 | J | A | |
| 47. Morgan Stanley #2 - MFS Int Diversification | | None | | | Sold | 02/19/16 | J | A | |
| 48. Morgan Stanley #2 - Virtus Sector Trend | | None | | | Sold | 02/19/16 | J | A | |
| 49. Morgan Stanley #2 - AB GLB Thematic | | None | | | Sold | 02/19/16 | J | A | |
| 50. Morgan Stanley #2 - Ishares US Fin | | None | | | Sold | 02/19/16 | K | A | |
| 51. Morgan Stanley #3 - First Tr High Yl | A | Dividend | | | Sold | 02/24/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley #3 - First Trust Capital Strgth | A | Dividend | J | T | | | | | |
| 53. Morgan Stanley #3 - First Trust Dorsey Wright | | None | | | Sold | 02/24/16 | J | A | |
| 54. Morgan Stanley #3 - First Trust Europe | A | Dividend | | | Sold (part) | 02/24/16 | J | A | |
| 55. | | | | | Sold | 08/09/16 | J | A | |
| 56. Morgan Stanley #3 - First Trust Fncl Aphadex | | None | | | Sold | 02/12/16 | J | A | |
| 57. Morgan Stanley #3 - First Trust Japan | | None | | | Sold | 03/16/16 | J | A | |
| 58. Morgan Stanley #3 - First Trust NASD 100 Index | A | Dividend | | | Sold | 05/12/16 | J | A | |
| 59. Morgan Stanley #3 - First Trust NASDAQ | | None | | | Sold | 02/24/16 | J | A | |
| 60. Morgan Stanley #3 - Ishares US Tech | A | Dividend | J | T | Buy (add'l) | 02/24/16 | J | | |
| 61. | | | | | Sold (part) | 12/05/16 | J | A | |
| 62. Morgan Stanley #3 - Ishares Healthcare | A | Dividend | J | T | Buy (add'l) | 02/24/16 | J | | |
| 63. | | | | | Buy (add'l) | 12/05/16 | J | | |
| 64. Morgan Stanley #3 - AB Multi Manager | A | Dividend | | | Sold | 02/24/16 | J | A | |
| 65. Morgan Stanley #3 - Goldman Sachs Multi Mgr | | None | | | Sold | 02/24/16 | J | A | |
| 66. Morgan Stanley #3 - MFS GLB Alternative | A | Dividend | | | Sold | 02/24/16 | J | A | |
| 67. Morgan Stanley #3 - Virtus Sector | A | Dividend | | | Sold | 10/10/16 | J | A | |
| 68. Morgan Stanley #1 - Alphabet Inc Cl C (formerly Google) | | None | | | Sold | 05/23/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley 529 College Savings Plan | | None | | | Closed | 01/22/16 | K | | |
| 70. Charles Schwab-Chesapeake Energy Corp (X) | | None | | | Sold | 01/19/16 | J | A | |
| 71. Charles Schwab- Energy Trnfr Equity | A | Distribution | J | T | Buy | 01/20/16 | J | | |
| 72. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 73. Morgan Stanley #1 - Pioneer Mlti Ast Ult | C | Dividend | N | T | Buy | 05/25/16 | N | | |
| 74. Morgan Stanley #2 - Abbott Lab | | None | | | Buy | 02/19/16 | J | | |
| 75. | | | | | Sold | 03/03/16 | J | A | |
| 76. Morgan Stanley #2 - Allergan | | None | J | T | Buy | 11/11/16 | J | | |
| 77. | | | | | Sold (part) | 12/05/16 | J | A | |
| 78. Morgan Stanley #2 - Alphabet | | None | K | T | Buy | 11/11/16 | K | | |
| 79. | | | | | Sold (part) | 12/05/16 | J | A | |
| 80. Morgan Stanley #2 - Amgen Inc. | A | Dividend | K | T | Buy | 02/19/16 | J | | |
| 81. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 82. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 83. | | | | | Sold (part) | 11/11/16 | J | A | |
| 84. Morgan Stanley #2 - Apple | A | Dividend | K | T | Buy | 02/19/16 | J | | |
| 85. | | | | | Buy (add'l) | 03/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 87. | | | | | Sold (part) | 11/11/16 | J | A | |
| 88. | | | | | Sold (part) | 12/05/16 | J | A | |
| 89. Morgan Stanley #2 - Bank of America | A | Dividend | J | T | Buy | 11/11/16 | K | | |
| 90. | | | | | Sold (part) | 12/05/16 | J | B | |
| 91. Morgan Stanley #2 - Blackrock | A | Dividend | J | T | Buy | 02/19/16 | J | | |
| 92. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 93. | | | | | Sold (part) | 06/15/16 | J | A | |
| 94. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 95. | | | | | Buy (add'l) | 11/11/16 | J | | |
| 96. | | | | | Sold (part) | 12/05/16 | J | A | |
| 97. Morgan Stanley #2 - Capital One Fin Corp | | None | | | Buy | 11/11/16 | J | | |
| 98. | | | | | Sold (part) | 12/05/16 | J | A | |
| 99. | | | | | Sold | 12/23/16 | J | A | |
| 100. Morgan Stanley #2 - CBS Corp | | None | J | T | Buy | 11/11/16 | J | | |
| 101. | | | | | Sold (part) | 12/05/16 | J | A | |
| 102. Morgan Stanley #2 - Charles Schwab New | | None | J | T | Buy | 11/11/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/05/16 | J | A | |
| 104. Morgan Stanley #2 - Chevron Corp | A | Dividend | K | T | Buy | 02/19/16 | J | | |
| 105. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 106. | | | | | Sold (part) | 11/11/16 | J | A | |
| 107. | | | | | Buy (add'l) | 12/05/16 | J | | |
| 108. Morgan Stanley #2 - Chubb LTD | | None | J | T | Buy | 11/11/16 | J | | |
| 109. | | | | | Sold (part) | 12/05/16 | J | A | |
| 110. Morgan Stanley #2 - Comcast Corp | A | Dividend | J | T | Buy | 02/19/16 | J | | |
| 111. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 112. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 113. | | | | | Sold (part) | 11/11/16 | K | B | |
| 114. | | | | | Sold (part) | 12/05/16 | J | A | |
| 115. Morgan Stanley #2 - Conagra Brands | A | Dividend | | | Buy | 02/19/16 | J | | |
| 116. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 117. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 118. | | | | | Sold | 11/11/16 | K | A | |
| 119. Morgan Stanley #2 - Costco Wholesale | | None | J | T | Buy | 11/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/05/16 | J | A | |
| 121. Morgan Stanley #2 - Crown Castle | A | Dividend | J | T | Buy | 02/19/16 | J | | |
| 122. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 123. | | | | | Sold (part) | 11/11/16 | J | A | |
| 124. | | | | | Sold (part) | 12/05/16 | J | A | |
| 125. Morgan Stanley #2 - CVS Health | A | Dividend | | | Buy | 02/19/16 | J | | |
| 126. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 127. | | | | | Sold (part) | 11/11/16 | J | A | |
| 128. | | | | | Sold | 12/05/16 | J | A | |
| 129. Morgan Stanley #2 - Danaher Corp | | None | J | T | Buy | 11/11/16 | K | | |
| 130. | | | | | Sold (part) | 12/05/16 | J | A | |
| 131. Morgan Stanley #2 - Delphi Auto PLC | | None | | | Buy | 11/11/16 | J | | |
| 132. | | | | | Sold | 12/05/16 | J | A | |
| 133. Morgan Stanley #2 - EOG Resources Inc | | None | J | T | Buy | 11/11/16 | J | | |
| 134. | | | | | Sold (part) | 12/05/16 | J | A | |
| 135. Morgan Stanley #2 - Estee Lauder Co Inc | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 136. | | | | | Sold (part) | 12/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley #2 - First Tr Valu Ln Div | | None | | | Buy | 02/18/16 | J | | |
| 138. | | | | | Sold | 03/03/16 | J | A | |
| 139. Morgan Stanley #2 - First Trust Engy | | None | | | Buy | 02/19/16 | J | | |
| 140. | | | | | Sold | 03/01/16 | J | A | |
| 141. Morgan Stanley #2 - Gilead Science | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 142. | | | | | Sold (part) | 12/05/16 | J | A | |
| 143. Morgan Stanley #2 - Goldman Sachs Grp Inc | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 144. | | | | | Sold (part) | 12/05/16 | J | A | |
| 145. Morgan Stanley #2 - Home Depot | A | Dividend | | | Buy | 02/19/16 | J | | |
| 146. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 147. | | | | | Sold (part) | 06/15/16 | J | A | |
| 148. | | | | | Sold | 08/25/16 | J | A | |
| 149. Morgan Stanley #2 - Honeywell International | A | Dividend | K | T | Buy | 02/19/16 | J | | |
| 150. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 151. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 152. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 153. | | | | | Sold (part) | 11/11/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/05/16 | J | A | |
| 155. Morgan Stanley #2 - Ingersoll - Rand Plc | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 156. | | | | | Sold (part) | 12/05/16 | J | A | |
| 157. Morgan Stanley #2 - Intl Business Machines Corp | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 158. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 159. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 160. | | | | | Sold (part) | 11/11/16 | J | B | |
| 161. | | | | | Sold (part) | 12/05/16 | J | A | |
| 162. Morgan Stanley #2 - JP Morgan | A | Dividend | K | T | Buy | 02/19/16 | J | | |
| 163. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 164. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 165. | | | | | Sold (part) | 11/11/16 | J | C | |
| 166. | | | | | Sold (part) | 12/05/16 | J | C | |
| 167. Morgan Stanley #2 - L Brand Inc Com | | None | | | Buy | 02/19/16 | J | | |
| 168. | | | | | Buy (add'l) | 10/26/16 | K | | |
| 169. | | | | | Sold (part) | 05/13/16 | J | A | |
| 170. | | | | | Sold | 11/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Morgan Stanley #2 - Lamb Weston Hldgs | | None | | | Buy | 09/06/16 | J | | |
| 172. | | | | | Sold | 11/11/16 | J | A | |
| 173. Morgan Stanley #2 - Mastercard Inc | | None | J | T | Buy | 11/11/16 | J | | |
| 174. | | | | | Sold (part) | 12/05/16 | J | A | |
| 175. Morgan Stanley #2 - Mckesson Corp | | None | J | T | Buy | 11/11/16 | J | | |
| 176. | | | | | Sold (part) | 12/05/16 | J | A | |
| 177. Morgan Stanley #2 - Medtronic | A | Dividend | J | T | Buy | 02/19/16 | J | | |
| 178. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 179. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 180. | | | | | Sold (part) | 11/11/16 | J | A | |
| 181. | | | | | Sold (part) | 12/05/16 | J | A | |
| 182. Morgan Stanley #2 - Microsoft | A | Dividend | J | T | Buy | 02/19/16 | J | | |
| 183. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 184. | | | | | Sold (part) | 11/11/16 | K | B | |
| 185. | | | | | Sold (part) | 12/05/16 | J | A | |
| 186. Morgan Stanley #2 - Nextera Energy | A | Dividend | | | Buy | 02/19/16 | J | | |
| 187. | | | | | Buy (add'l) | 09/06/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 11/11/16 | K | A | |
| 189. Morgan Stanley #2 - Nike Inc | | None | J | T | Buy | 11/11/16 | J | | |
| 190. | | | | | Sold (part) | 12/05/16 | J | A | |
| 191. Morgan Stanley #2 - Occidental Petroleum | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 192. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 193. | | | | | Sold (part) | 12/05/16 | J | A | |
| 194. Morgan Stanley #2 - Oracle Corp | | None | J | T | Buy | 11/11/16 | K | | |
| 195. | | | | | Sold (part) | 12/05/16 | J | A | |
| 196. Morgan Stanley #2 - Pepsico | A | Dividend | J | T | Buy | 02/19/16 | J | | |
| 197. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 198. | | | | | Sold (part) | 11/11/16 | K | A | |
| 199. | | | | | Sold (part) | 12/05/16 | J | A | |
| 200. Morgan Stanley #2 - Pfizer Inc | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 201. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 202. | | | | | Sold (part) | 11/11/16 | J | A | |
| 203. | | | | | Sold (part) | 12/05/16 | J | A | |
| 204. Morgan Stanley #2 - Philip Morris Intl Inc | A | Dividend | | | Buy | 02/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 206. | | | | | Sold | 11/11/16 | K | A | |
| 207. Morgan Stanley #2 - Pudential Financial | A | Dividend | | | Buy | 02/19/16 | J | | |
| 208. | | | | | Buy (add'l) | 11/11/16 | K | | |
| 209. | | | | | Sold (part) | 03/24/16 | J | A | |
| 210. | | | | | Sold (part) | 12/05/16 | J | A | |
| 211. | | | | | Sold | 12/23/16 | J | A | |
| 212. Morgan Stanley #2 - Raytheon Co | A | Dividend | | | Buy | 02/19/16 | J | | |
| 213. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 214. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 215. | | | | | Sold | 11/11/16 | K | C | |
| 216. Morgan Stanley #2 - Schlumberger LTD | A | Dividend | J | T | Buy | 05/13/16 | J | | |
| 217. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 218. | | | | | Sold (part) | 10/26/16 | K | A | |
| 219. | | | | | Sold (part) | 11/11/16 | J | A | |
| 220. | | | | | Sold (part) | 12/05/16 | J | A | |
| 221. Morgan Stanley #2 - Sempra Energy | A | Dividend | | | Buy | 02/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 223. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 224. | | | | | Sold | 11/11/16 | K | A | |
| 225. Morgan Stanley #2 - T-Mobile US Inc | | None | J | T | Buy | 11/11/16 | J | | |
| 226. | | | | | Sold (part) | 12/05/16 | J | A | |
| 227. Morgan Stanley #2 - Thermo Fisher Scientific | | None | J | T | Buy | 11/11/16 | J | | |
| 228. | | | | | Sold (part) | 12/05/16 | J | A | |
| 229. Morgan Stanley #2 - Union Pacific Corp | A | Dividend | J | T | Buy | 11/11/16 | K | | |
| 230. | | | | | Sold (part) | 12/05/16 | J | A | |
| 231. Morgan Stanley #2 - Valero Energy | A | Dividend | | | Buy | 03/01/16 | J | | |
| 232. | | | | | Sold | 08/09/16 | J | A | |
| 233. Morgan Stanley #2 - Vanguard Div Appreciation | A | Dividend | | | Buy | 08/09/16 | J | | |
| 234. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 235. | | | | | Sold | 10/27/16 | J | A | |
| 236. Morgan Stanley #2 - Verizon Comm | A | Dividend | | | Buy | 02/19/16 | J | | |
| 237. | | | | | Sold | 08/25/16 | J | A | |
| 238. Morgan Stanley #2 - Wells Fargo & Co New | A | Dividend | J | T | Buy | 10/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 11/11/16 | J | A | |
| 240. | | | | | Sold (part) | 12/05/16 | J | A | |
| 241. Morgan Stanley #2 - Ishares S&P Midcap 400 index | A | Dividend | K | T | Buy | 12/05/16 | K | | |
| 242. Morgan Stanley #2 - Ishares SP Small Cap 600 index | A | Dividend | K | T | Buy | 12/05/16 | K | | |
| 243. Morgan Stanley #2 - Vanguard FTSE Emerging Markets | A | Dividend | L | T | Buy | 12/05/16 | L | | |
| 244. Morgan Stanley #2 - Vanguard Intl Equity Index | B | Dividend | M | T | Buy | 12/05/16 | M | | |
| 245. Morgan Stanley #2 - Amazon | | None | J | T | Buy | 12/05/16 | J | | |
| 246. Morgan Stanley #2 - Cognizant Tech Solutions Cl A | | None | J | T | Buy | 12/23/16 | J | | |
| 247. Morgan Stanley #2 - Exelon Corp | | None | J | T | Buy | 12/23/16 | J | | |
| 248. Morgan Stanley #3 - Ishares S&P 500 Grwth | A | Dividend | J | T | Buy | 10/10/16 | J | | |
| 249. Morgan Stanley #3 - Vanguard Mid Cap ETF Index | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 250. Morgan Stanley #3 - Vanguard Short Term Bnd | A | Dividend | J | T | Buy | 08/09/16 | J | | |
| 251. Morgan Stanley #3 - Vanguard Small Cap | A | Dividend | J | T | Buy | 12/05/16 | J | | |
| 252. Morgan Stanley #3 - Vanguard Total Intl Stock | A | Dividend | J | T | Buy | 08/09/16 | J | | |
| 253. Morgan Stanley #3 - Blackrock Multi-Asset Inc Inst | A | Dividend | J | T | Buy | 08/09/16 | J | | |
| 254. Morgan Stanley #3 - Invesco Diversified Dividend | A | Dividend | J | T | Buy | 05/12/16 | J | | |
| 255. Morgan Stanley #3 - MFS Value I | A | Dividend | J | T | Buy | 02/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Morgan Stanley #3 - Ishares US Fin Services | A | Dividend | J | T | Buy | 02/24/16 | J | | |
| 257. | | | | | Sold (part) | 12/05/16 | J | A | |
| 258. Morgan Stanley #4 - AB Tax Multi Sector | A | Dividend | | | Buy | 06/01/16 | K | | |
| 259. | | | | | Sold (part) | 06/15/16 | K | A | |
| 260. | | | | | Sold | 09/20/16 | K | A | |
| 261. Morgan Stanley #4 - Atlanta GA Arp | A | Interest | | | Buy | 06/01/16 | K | | |
| 262. | | | | | Sold | 06/16/16 | K | A | |
| 263. Morgan Stanley #4 - Los Angeles CN | A | Interest | | | Buy | 09/20/16 | K | | |
| 264. | | | | | Sold | 12/07/16 | K | A | |
| 265. Morgan Stanley #4 - US Tsy Note 1375 21JA31 | A | Interest | | | Buy | 06/01/16 | K | | |
| 266. | | | | | Sold | 09/19/16 | K | A | |
| 267. Morgan Stanley #4 - US Tsy Note 1375 23AU31 | A | Interest | | | Buy | 09/19/16 | K | | |
| 268. | | | | | Sold | 12/05/16 | K | A | |
| 269. Morgan Stanley #4 - Utah ST Go-C | A | Interest | | | Buy | 06/22/16 | K | | |
| 270. | | | | | Sold | 08/22/16 | K | A | |
| 271. Morgan Stanley #4 - Washington ST BE | A | Interest | | | Buy | 06/29/16 | J | | |
| 272. | | | | | Sold | 12/16/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Morgan Stanley Bank #4 | A | Interest | K | T | Open | 05/25/16 | K | | |
| 274. Morgan Stanley #4 - Energy Northwest Wash Elec Rev | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 275. Morgan Stanley #4 - Michigan Finance Auth | A | Interest | K | T | Buy | 05/31/16 | K | | |
| 276. Morgan Stanley #4 - Tulsa Okla Met Util Auth | A | Interest | K | T | Buy | 06/22/16 | K | | |
| 277. Morgan Stanley #4 - Arizona Transp Brd | | None | J | T | Buy | 12/19/16 | J | | |
| 278. Morgan Stanley #4 - Connecticut St Genl | | None | K | T | Buy | 12/07/16 | K | | |
| 279. Morgan Stanley #4 - University Tex Univ | | None | K | T | Buy | 06/09/16 | K | | |
| 280. Morgan Stanley #4 - Baltimore Cnty MD | A | Interest | K | T | Buy | 06/07/16 | K | | |
| 281. Morgan Stanley #4 - Delaware St Genl | A | Interest | K | T | Buy | 06/07/16 | K | | |
| 282. Morgan Stanley #4 - Rhode Island Comm Corp | A | Interest | K | T | Buy | 06/02/16 | K | | |
| 283. Morgan Stanley #4 - Georgia St Genl | | None | K | T | Buy | 06/08/16 | K | | |
| 284. Morgan Stanley #4 - Clark Cnty Nev | | None | K | T | Buy | 06/08/16 | K | | |
| 285. Morgan Stanley #4 - Illinois St Sales Tax | | None | K | T | Buy | 08/26/16 | K | | |
| 286. Morgan Stanley #4 - Chicago Ill | A | Interest | K | T | Buy | 06/08/16 | K | | |
| 287. Morgan Stanley #4 - Lawrence Kans Wtr & Sew | | None | K | T | Buy | 06/08/16 | K | | |
| 288. Morgan Stanley #4 - United States Treasury Note | | None | J | T | Buy | 12/05/16 | J | | |
| 289. Morgan Stanley #4 - AB Municipal Income | C | Dividend | M | T | Buy | 05/31/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/22/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 291. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 292. | | | | | | | | | |
| 293. | | | | | | | | | |
| 294. | | | | | | | | | |
| 295. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walter, Donald E. | 05/22/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Valuation Code V: asset value on 36 months gross production

#1, Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana. Appraisal taken as of October 15, 2008. Jefferson Parish land was sold during 2016. Only the Wayne County property is owned as of 12/31/16.

#2, Name of bank changed from Jefferson Davis Bank and Trust Co. to JD Bank in 2013.

#3, Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.Valutaion based on 3 times the current year income.

#5, An undivided interest in real estate located in Jennings, Louisiana. Appraisal taken as of 1979.

#7, Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy.Valuation based on 3 times the current year income.

#8, Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation. Valuation based on 3 times the current year income.

#9, Asset was given to son in 2016.

#13, Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valuation based on 3 times the current year income.

#14, Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum, Spooner Petroleum Company and XTO Energy. Valuation based on 3 times the current year income.

#15, Value used in sucession of mother, DOD 7/9/2007.

#16, Value used in sucession of mother, DOD 7/9/2007.

#17, Value used in sucession of mother, DOD 7/9/2007.

#18, Name of bank changed from Jerfferson Davis Bank and Trust Co. to JD Bank in 2013.

#21, Virtus Dynamic Alphasector I held in Morgan Stanley account #3 should be been reported sold 11/21/2014.

#23, Name changed from Google, Inc. to Alphabet Inc. on 10/5/2015. Morgan Stanley #1 held Alphabet Inc. Cl A and Alphabet Inc. Cl C during 2016. In prior years Class A and Class C were reported together. They are shown separately on lines 23 and 68.

#68, Name changed from Google, Inc. to Alphabet Inc. on 10/5/2015. Morgan Stanley #1 held Alphabet Inc. Cl A and Alphabet Inc. Cl C during 2016. In prior years Class A and Class C were reported together. They are shown separately on lines 23 and 68.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald E. Walter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544